# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2641
_____

SHANTRELLE LATRICE WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

June 8, 2018

PER CURIAM.

We affirm appellant's *Anders** appeal, but remand for correction of the community control and probation revocation order encompassing case numbers 15-CF-2870, 15-CF-3342, 16-CF-1391, and 16-CF-1397, to state, as set forth on the judgments and in the violation hearing transcript, that appellant admitted to and was found guilty of violating counts four through six of the affidavit of violation.

AFFIRMED and REMANDED with instructions.

_____

* *Anders v. California*, 386 U.S. 738 (1967).

B.L. THOMAS, C.J., and WOLF and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.